Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Avi Schick**
avi.schick@troutman.com

May 27, 2021

**VIA ECF**

The Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *City of New York v. Old Dominion Tobacco Company, Inc* (Case No. 2:20-cv-05965)

Dear Judge Vitaliano:

This firm represents Old Dominion Tobacco Company, Inc d/b/a Atlantic Dominion Distributors ("Atlantic Dominion"), the defendant in the above captioned matter. Together with counsel for Plaintiff the City of New York (the "City") and pursuant to this Court's Order dated May 13, 2021, we write to submit the parties' joint proposed briefing schedule for Atlantic Dominion's motion to dismiss the City's Complaint.

The parties jointly propose the following deadlines:

| | |
|---|---|
| Atlantic Dominion's motion to dismiss: | July 1, 2021 |
| The City's opposition to the motion: | August 9, 2021 |
| Atlantic Dominion's reply: | September 2, 2021 |

The parties respectfully request that the Court adopt the joint proposed briefing schedule.

Respectfully submitted,

Avi Schick

cc:   Eric Proshansky
      Hope Lu