# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

               Plaintiff,

-against-

CIGARETTES UNLIMITED, L.C., *et al.*,

               Defendants.

Case No. 19-cv-3998(ILG)(RLM)

**EXHIBIT B**

## **STIPULATION OF DISCONTINUANCE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the City of New York and Defendants John Lash, Stephen Riley, Paula Sloan, Julius Peters-Brandon, and Candice Fox hereby stipulate to dismiss this action, without prejudice, pursuant to the parties' settlement agreement (the "Agreement") executed in connection with this matter. The Court shall retain jurisdiction to enforce, as necessary, the terms of said Agreement.

Dated: June 19, 2020                            Respectfully Submitted,

/s/Eric Proshansky
THE CITY OF NEW YORK
Eric Proshansky
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Rm. 20-99
New York, New York 10007
eproshan@law.nyc.gov

*Counsel for Plaintiff*

/s/Justin Sher
SHER TREMONTE LLP
Justin Sher
Alexandra G. Elenowitz-Hess
90 Broad Street, 23rd Floor
New York, New York 10004
jsher@shertremonte.com

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

           Plaintiff,

-against-

CIGARETTES UNLIMITED, L.C., *et al.*,

           Defendants.

Case No. 19-cv-3998(ILG)(RLM)

**EXHIBIT C**

## STIPULATION OF DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the City of New York and Defendants Cigarettes Unlimited, L.C., Anita Lash, Mary Riley, Shana Biller, Margaret Clark, Monique Pearson, Joanna Petties, Derrick Whiting, Jessica Whitehead, and Elizabeth Windham hereby stipulate to dismiss this action, with prejudice, pursuant to the settlement agreement executed in connection with this matter.

Dated: June 19, 2020                     Respectfully Submitted,

/s/ Eric Proshansky                     /s/Justin Sher
THE CITY OF NEW YORK               SHER TREMONTE LLP
Eric Proshansky                            Justin Sher
Assistant Corporation Counsel        Alexandra G. Elenowitz-Hess
New York City Law Department       90 Broad Street, 23rd Floor
100 Church Street                    New York, New York 10004
New York, New York 10007          jsher@shertremonte.com
eproshan@law.nyc.gov

*Counsel for Defendants*

*Counsel for Plaintiff*