# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

                Plaintiff,

-against-

CIGARETTES UNLIMITED, L.C., *et al.*,

                Defendants.

Case No. 19-cv-3998(ILG)(RLM)

**EXHIBIT E**

## STIPULATION OF DISCONTINUANCE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the City of New York and Defendants John Lash and Stephen Riley hereby stipulate to dismiss this action, with prejudice, pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:

/s/ Eric Proshansky
THE CITY OF NEW YORK
Eric Proshansky
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
eproshan@law.nyc.gov

*Counsel for Plaintiff*

Respectfully Submitted,

/s/Justin Sher
SHER TREMONTE LLP
Justin Sher
Alexandra G. Elenowitz-Hess
90 Broad Street, 23rd Floor
New York, New York 10004
jsher@shertremonte.com

*Counsel for Defendants*

So ordered.

    ___/s/   I. Leo Glasser___

        10/27/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

                Plaintiff,

-against-

CIGARETTES UNLIMITED, L.C., *et al.*,

                Defendants.

Case No. 19-cv-3998(ILG)(RLM)

**EXHIBIT D**

## STIPULATION OF DISCONTINUANCE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the City of New York and Defendants Paula Sloan, and Candice Fox hereby stipulate to dismiss this action, with prejudice, pursuant to the parties' settlement agreement executed in connection with this matter.

Dated:                                         Respectfully Submitted,

/s/ Eric Proshansky                       /s/Justin Sher
THE CITY OF NEW YORK             SHER TREMONTE LLP
Eric Proshansky                             Justin Sher
Assistant Corporation Counsel        Alexandra G. Elenowitz-Hess
New York City Law Department        90 Broad Street, 23rd Floor
100 Church Street                      New York, New York 10004
New York, New York 10007           jsher@shertremonte.com
eproshan@law.nyc.gov

                                              *Counsel for Defendants*

*Counsel for Plaintiff*

                                              So ordered.

                                              ___/s/   I. Leo Glasser___

                                                   10/27/2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>Plaintiffs,<br><br>- against -<br><br>CIGARETTES UNLIMITED, L.C., JOHN A. LASH, III, ANITA LASH, STEPHEN DABNEY RILEY, SHANA L. BILLER, MARY RILEY, MARGARET L. CLARK, CANDICE S. FOX, MONIQUE PEARSON, JULIUS PETERS-BRANDON, JOANNA S. PETTIES, PAULA K. SLOAN, DERRICK L. WHITING, JESSICA WHITEHEAD, ELIZABETH R. WINDHAM, DEBRA A. ANTICO, JOSEPH N. ANTICO, THOMAS GUGLIELMO, MERYLE MCGOWAN, ROBERT A. SCHMIDT, RAZIK K. SHARKI, and John or Jane Doe 1-30,<br><br>Defendants. | 19-CV-3998 (ILG) (RLM) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

Pursuant to Federal Rule of Civil Procedure 41(a)(2) defendants Debra A Antico, Joseph N. Antico, Meryle McGowan, Robert A. Schmidt and Razik K. Sharki are dismissed from this action, with prejudice.

**SO ORDERED**:

/s/   I. Leo Glasser
Hon. I. Leo Glasser
United States District Judge

Dated:  October 27, 2020