UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF NEW YORK,<br><br>        Plaintiff,<br> v.<br><br>OLD DOMINION TOBACCO COMPANY, INCORPORATED d/b/a ATLANTIC DOMINION DISTRIBUTORS,<br><br>        Defendant. | Case No. 1:20-cv-05965<br><br>**AFFIRMATION OF<br>MARY GRACE W. METCALFE IN<br>SUPPORT OF MOTION TO DISMISS** |

   I, Mary Grace W. Metcalfe, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following to be true under the penalties of perjury.

   1.  I am associated with the law firm Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant Old Dominion Tobacco Company, Inc. d/b/a Atlantic Dominion Distributors ("Atlantic Dominion") in this matter.

   2.  I submit this affirmation in support of Atlantic Dominion's motion to dismiss the Complaint filed by Plaintiff the City of New York.

   3.  Attached hereto as Exhibit A is a true and correct copy of the U.S. Department of Commerce map of the Washington-Baltimore-Arlington Combined Statistical Area,[1] which includes Spotsylvania County as part of the of the Washington-Baltimore-Arlington Combined Statistical Area.

---

[1] https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&ved=2ahUKEwjyweGYuOruAhUKy1k KHX1XBRIQFjAFegQIBRAC&url=https%3A%2F%2Fwww2.census.gov%2Fgeo%2Fmaps%2Fecon%2Fec2012 %2Fcsa%2FEC2012_330M200US548M.pdf&usg=AOvVaw1a12elrmxoIFBCJx42y4Zf (accessed February 14, 2021).

1

4.     Per the Census Bureau's "Annual Estimates of the Resident Population for Combined Statistical Areas in the United States and Puerto Rico: April 1, 2010 to July 1, 2019",[2] the Washington-Baltimore-Arlington Combined Statistical Area has consistently ranked as one of the largest combined statistical areas in the country, with an estimated population of 9,814,928 as of July 1, 2019.

Dated: New York, New York
            July 1, 2021

                                          TROUTMAN PEPPER
                                        HAMILTON SANDERS LLP

                       By:  *s/ Mary Grace W. Metcalfe*
                                Mary Grace W. Metcalfe
                                875 Third Avenue
                                New York, NY 10022
                                Phone:  (212) 704-6000
                                marygrace.metcalfe@troutman.com
                                *Attorneys for Defendant*

---

[2] https://www2.census.gov/programs-surveys/popest/tables/2010-2019/metro/totals/csa-est2019-annres.xlsx (accessed February 20, 2021).