# Washington-Baltimore-Arlington, DC-MD-VA-WV-PA Combined Statistical Area

LEGEND

| | |
|---|---|
| Washington-Baltimore-Arlington | 2012 Combined Statistical Area |
| WINCHESTER | 2012 Metropolitan Statistical Area |
| Easton | 2012 Micropolitan Statistical Area |
| Silver Spring-Frederick-Rockville | 2012 Metropolitan Divisions |
| Bethesda | 2012 Principal City |
| Washington-Baltimore-Northern Virginia | 2007 Combined Statistical Area |
| HAGERSTOWN-MARTINSBURG | 2007 Metropolitan Statistical Area |
| Culpeper | 2007 Micropolitan Statistical Area |
| MARYLAND | State or Statistical Equivalent |
| CHARLES | County or Statistical Equivalent |

N

0 10 20 30 40 Kilometers

0 10 20 30 40 Miles

2012 Combined Statistical Area (CSA) and Metropolitan/Micropolitan Statistical Area (CBSA) boundaries and names are as of February 2013. 2007 Combined Statistical Areas (CSA) and Metropolitan/Micropolitan Statistical Areas (CBSA) are as of December 2006. All other boundaries and names are as of January 2012.

