From: WholesaleLeaders@pmusa.com <WholesaleLeaders@pmusa.com>
Sent: Monday, January 23, 2017 9:16 AM
To: richard nye <richard.nye@atlanticdominion.com>; Amber Cordle <amber.cordle@atlanticdominion.com>; mark hines <mark.hines@atlanticdominion.com>; kevin barney <kevin.barney@atlanticdominion.com>
Cc: Christian.D.Brenning@altria.com; Christian.D.Brenning@altria.com
Subject: PM USA Wholesale Leaders - Potential Shipments in Excess of 10400 cartons to a Single Retailer

01/23/2017 Dear  ATLANTIC DOMINION DISTRIBUTORS

As a reminder, subtracted from Payment-Eligible Outbound Shipments are:
- Outbound Shipments shipped to a single MSA Retailer in excess of 10400* cartons of PM USA Cigarettes or
- shipped to a single MSA Retailer and, when combined with Outbound Shipments of PM USA Cigarettes from all Sites and Distributors to such MSA Retailer, are in excess of 10400* cartons, the reduction determined as follows:
the Site's pro rata share of shipments of all PM USA Cigarettes to that MSA Retailer multiplied by the excess over 10400* cartons of all PM USA Cigarettes shipped to such MSA Retailer

However, the subtraction set forth above will not apply to shipments to MSA Retailers participating in PM USA's Retail Leaders Program and that participate in and comply with the Carton Limit Verification Process, as determined by PM USA in its sole discretion.


While you are responsible for knowing your customers and may sell to any customer you choose, as a courtesy, PM USA is notifying you which customers have exceeded 8000 PM USA cartons for Quarter 4 Year 2016  with 13 weeks reported, and may exceed the 10400* cap by the conclusion of the Quarter (please see attached).

*10400 cartons for a 13-week Quarter. 11200 cartons for a 14-week Quarter.

If you require additional information regarding this communication, please contact your Altria Group Distribution Company ("AGDC") Account Manager.
Philip Morris USA is not responsible for any errors in this communication that may occur during the transmission process.


Thank you for your continued support.


Philip Morris USA