UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                                                                  Plaintiff,                    Civil Action No. 20-cv-5965

               -against-

OLD DOMINION TOBACCO COMPANY,
INCORPORATED d/b/a ATLANTIC DOMINION
DISTRIBUTORS,

                                                           Defendant.

------------------------------------------------------------------------ x

## STIPULATED EXTENSION OF DISCOVERY DEADLINE

      **WHEREAS**, the Parties in this action are conducting document discovery while awaiting a decision on the Defendant's motion to dismiss;

      **WHEREAS**, on June 3, 2022, the Parties proposed a case management plan under which the production of all documents responsive to the parties' document requests and interrogatories, subject to any unresolved objections or agreed upon limitations, was to be completed on or before July 30, 2022 (Doc. 44);

      **WHEREAS**, on June 6, 2022, the Court entered the case management plan (Doc 45); and

      **WHEREAS**, the Parties require additional time to complete the exchange of documents due to unforeseen complications, including health issues related to the ongoing covid-19 pandemic;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their counsel, as follows:

1. The deadline for the Parties to complete their exchange of documents as contemplated in the case management plan is extended from July 30, 2022 to September 15, 2022.

2. This stipulation may be executed in counterparts, facsimile or electronically transmitted signatures, which shall be deemed and treated as though they were original signatures.

Dated: New York, New York
July 22, 2022

   ***HON. SYLVIA O. HINDS-RADIX*** Corporation Counsel of the City of New York

   By: __/s/ Krista Friedrich_____
     Eric Proshansky
     Hope Lu
     Krista Friedrich
     Assistant Corporation Counsel
     100 Church Street, Room 20-84
     New York, New York 10007
     (212) 356-2610
     EProshan@law.nyc.gov
     HLu@law.nyc.gov
     kfriedri@law.nyc.gov
     *Attorneys for Plaintiff*
     *The City of New York*

   TROUTMAN PEPPER HAMILTON SANDERS LLP

   By: /s/ Avi Schick_____
     Avi Schick
     Mary Grace W. Metcalfe
     870 Third Ave
     New York, NY 10022
     avi.schick@troutman.com
     marygrace.metcalfe@troutman.com
     *Attorneys for Defendant*

SO ORDERED:

_____
HONORABLE RAMON E. REYES, JR