UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                                       Plaintiff,            Civil Action No. 20-cv-5965

            -against-

OLD DOMINION TOBACCO COMPANY,
INCORPORATED d/b/a ATLANTIC DOMINION
DISTRIBUTORS,

                                     Defendant.

------------------------------------------------------------------------ x

## STIPULATED EXTENSION OF DISCOVERY DEADLINE

**WHEREAS**, the Parties in this action are conducting document discovery while awaiting a decision on Defendant's motion to dismiss;

**WHEREAS**, on July 22, 2022, the Parties stipulated to extend the production deadline in the agreed upon case management plan to September 15, 2022 (Doc. 46);

**WHEREAS**, on August 3, 2022, the Court entered a scheduling order setting the Parties' telephone conference for September 27, 2022;

**WHEREAS**, September 27, 2022 is Rosh Hashanah and counsel for Defendant will be unable to attend a telephone conference scheduled on that date; and

**WHEREAS**, the Parties require additional time to complete the exchange of documents due to unforeseen complications, including changes in staffing of the matter;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their counsel, as follows:

1. The deadline for the Parties to complete their exchange of documents as contemplated in the case management plan is extended from September 15, 2022 to September 30, 2022.

2. The telephone conference currently scheduled for September 27, 2022 is adjourned to a mutually convenient date after October 19, 2022.

3. This stipulation may be executed in counterparts, facsimile or electronically transmitted signatures, which shall be deemed and treated as though they were original signatures.

Dated: New York, New York
September 13, 2022

        *HON. SYLVIA O. HINDS-RADIX* Corporation Counsel of the City of New York

By: __/s/ Krista Friedrich_____
Eric Proshansky
Krista Friedrich
Assistant Corporation Counsel
100 Church Street, Room 20-84
New York, New York 10007
(212) 356-2610
EProshan@law.nyc.gov
kfriedri@law.nyc.gov
*Attorneys for Plaintiff*
*The City of New York*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ *Avi Schick* _____
Avi Schick
Mary Grace W. Metcalfe
870 Third Ave
New York, NY 10022
avi.schick@troutman.com
marygrace.metcalfe@troutman.com
*Attorneys for Defendant*

SO ORDERED:

_____
HONORABLE RAMON E. REYES, JR

129916924v2