AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

<table>
<tr><td>City of New York<br><i>Plaintiff</i><br>v.<br>Old Dominion Tobacco Company, Inc.<br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)</td><td>Case No.  2:20-cv-05965-ENV-RER</td></tr>
</table>

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff the City of New York                              .

Date: 04/12/2023

/s/ Aatif Iqbal
*Attorney's signature*

Aatif Iqbal #5068515
*Printed name and bar number*

100 Church St.
New York, NY 10007

*Address*

aaqbal@law.nyc.gov
*E-mail address*

(212) 356-2294
*Telephone number*

*FAX number*