Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Avi Schick**
avi.schick@troutman.com

April 26, 2023

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *City of New York v. Old Dominion Tobacco Company, Inc* (Case No. 2:20-cv-05965)

Dear Judge Reyes:

This firm represents defendant Atlantic Dominion in the above captioned matter.  We write to follow up on our letters dated April 11 and 12, 2023.

Counsel for the City previously indicated that it intends to respond to Atlantic Dominion's letters and produce additional documents by today.  The City has further indicated that it intends to issue revised privilege and redaction logs addressing concerns raised by Atlantic Dominion in its prior correspondence.  While it is impossible to fully predict the amount of time necessary to review, meet and confer prior to filing the joint status report until Atlantic Dominion receives the production, logs and response, the Parties anticipate the process will take at least one month.  The Parties therefore request that the deadline to file a status report, currently set for April 28, 2023, be extended to May 31, 2023.

We appreciate the Court's ongoing consideration.

Sincerely,

Avi Schick

cc:     counsel of record