

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Krista Friedrich
Senior Counsel
phone: (212) 356-2610
Email: kfriedri@law.nyc.gov

June 21, 2023

*Via ECF*
Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *The City of New York v. Old Dominion Tobacco Company, Inc.*
      20 Civ. 5965 (ENV-RER) (E.D.N.Y.)

Dear Judge Reyes:

    I write to request an adjustment to the briefing schedule for Atlantic Dominion's anticipated motion regarding the City's privilege log due to unforeseen scheduling conflicts caused by deadlines in other matters that had not been set at the time of the last conference.

    We respectfully request that all the dates in the briefing schedule be pushed back by two weeks, so that Atlantic Dominion's motion is due on July 7th instead of June 23rd and the City's opposition is due on July 21st instead of July 7th. This is the first such request by the City and Atlantic Dominion does not oppose the request.

                Respectfully submitted,

                 /s/
                 Krista Friedrich

cc:  All counsel of record (via ECF)