# EXHIBIT A

| | |
|---|---|
| **From**: | Tpi Group [tpigroup@rocketmail.com] |
| **Sent**: | 2/7/2021 1:09:52 PM |
| **To**: | Proshansky, Eric (Law) [eproshan@law.nyc.gov] |
| **CC**: | Vin Lesnak [vl.tpigroup@rocketmail.com] |
| **Subject**: | Relevant document samples from SW - lets discuss next steps in a call. |
| **Attachments**: | Atlantic Dominion Distributors Checks.docx; DOCUMENTS FROM CIGS UNLIMITED SW.pdf |

Eric,

I have completed the review of the boxes of evidence that was stored at the Spotsylvania S.O.

First I took the folders which documents the payments to Atlantic Dominion and charted them on the attached WORD document. In a 12 month period, Cigarettes Unlimited wrote checks to AD in the amount of approximately 10 Million dollars. (I will have the Quick Book records printed out in the morning to confirm these payments were all captured in their QB files). In that word document, I list dates of Cigarette Unlimited checks/payments as well as check numbers for ease of reference later (in case we identify a specific purchase related to cigarettes that were sold shortly there-after to a NY trafficker).

In the other attachments, I scanned a few items that require follow-up.

1. A page from a small notebook listing the "Bulk Buyers" cell phone numbers and first names. Obviously, several significant leads can be generated from these numbers.

2. Pre-formatted "Bulk Sales Record Sheet" for customer "Chucks Girlfriend" (6/29/19). Interesting for Pricing and the fact that Phillip Morris is bought in significantly higher quantities that Newports-contrary to PM's complaints. In the forms, CU lists the original price of the cartons at $5-$6 more than the suggested retail price. CU then discounted that price from between $1-$2.50 a carton to these bulk buyers.

3. Hand Written Bulk sales record for Emil (5/17/19). This one sale alone was for $50,532.17, PAID IN CASH.

Worth noting; of the 796 cartons bought, 627 of them were Phillip Morris brands or 78%.

It appears that shortly after Altria disbanded their brand integrity unit, the team that was documenting AD's illegal behavior, PM started selling high volumes of cigarettes to the same people they warned everyone about. Recall PMs complaint was that AD was diverting cigarettes to NY Traffickers. Guess if you can't beat them join them.


*Sent: Thursday, February 14, 2019, 09:52:21 AM EST*
*Subject: My Departure From Altria - Closing of Altria's Brand Integrity Department*

**Altria has determined that it will shut down the entire Brand Integrity Department on February 28, 2019. As a result of this I, along with John and Brian, will be departing the company**

*through company separations.  We appreciate all of the calls of support and yes, we agree that the decision to close BI is a short-sighted decision.  However, the decision is made and we all must move forward.  I will continue to have my current cell number (803-960-9924) now and in the future so you can contact me through the cell phone. .  My email address for the future will change and will be my personal email – BHMcEntire@live.com.*

4. One of hundreds of AD sales invoices to Cigs Unlimited.  Worth noting is the price and brands of the cigarettes sold to Cigs Unlimited (CU).

Did AD provide incentives/rebates for these high volume sales?

5.  A note book labeled "BUYERS RECORD" which lists the bulk buyers purchase volumes by month.

*That's the highlights, more from the drobox on Monday.*

Thomas P. Lesnak
PO Box 545
Blountville TN 37617
Office: 423-212-2165
Cell: 423-429-0001
TPIGroup@rocketmail.com