# EXHIBIT B

| | |
|---|---|
| **From**: | Tpi Group [tpigroup@rocketmail.com] |
| **Sent**: | 5/12/2021 4:55:04 PM |
| **To**: | Proshansky, Eric (Law) [eproshan@law.nyc.gov] |
| **CC**: | Vin Lesnak [vl.tpigroup@rocketmail.com] |
| **Subject**: | Re: Stephen Riley Interview + Zoom Link |

Great

Sent from my iPhone

On May 12, 2021, at 4:18 PM, Proshansky, Eric (Law) <eproshan@law.nyc.gov> wrote:

That's great.  I want to contact some of the other store folks – the clerks and managers and see what they have to say -- they may have had convos with the AD delivery guys that could be revealing.  I will gather their info and get on a call with you and Vin to discuss. Could do those by zoom or when you go there. They are less urgent.

**From:** Tpi Group [mailto:tpigroup@rocketmail.com]
**Sent:** Wednesday, May 12, 2021 4:00 PM
**To:** Proshansky, Eric (Law)
**Cc:** Vin Lesnak
**Subject:** Fwd: Stephen Riley Interview + Zoom Link

Eric,

I know the time is short to get this done so it will be by zoom in the morning.

I prefer in person interviews and will do so when I return the 2 banker boxes of records.

But in the mean time I will mail down the Smith issue and some of the payments from other traffickers not mentioned in your complaint.

I'm free anytime before 11 am to discuss strategy if you would like.

Thanks.

Sent from my iPhone

Begin forwarded message:

**From:** Tpi Group <tpigroup@rocketmail.com>
**Date:** May 12, 2021 at 3:36:21 PM EDT
**To:** Stephen R <stephenriley72@gmail.com>, Alexandra Elenowitz-Hess <AHess@shertremonte.com>
**Subject: Re: Stephen Riley Interview  + Zoom Link**
**Reply-To:** Tpi Group <tpigroup@rocketmail.com>

Alex,

Thanks for arranging this. It appears that it is a 6 hour drive to his general location so I wont be able to drive up there tonight and I will have to join the interview on Zoom as indicated below.

Also, I have 2 banker boxes of records that needs to be returned to Mr Riley as well but I can do that on my next trip to DC if that's acceptable.

Thanks, I will speak to everyone at 11 am.

Thomas P. Lesnak
PO Box 545
Blountville TN 37617
Office: 423-212-2165
Cell: 423-429-0001
TPIGroup@rocketmail.com


On Wednesday, May 12, 2021, 03:19:01 PM EDT, Alexandra Elenowitz-Hess <ahess@shertremonte.com> wrote:


Hi Stephen,
I'm copying Tom Lesnak, who will be conducting the interview tomorrow. Let us know the address if where you would like to meet.

Tom -- Stephen has confirmed that he is available at 11am tomorrow. I told him that you expect the meeting to be approximately 30 minutes.

Here is a Zoom link you can use for tomorrow so that I can attend the meeting.
Join Zoom Meeting
https://us02web.zoom.us/j/6356466745?pwd=SmFxT3lxdW5rVUdxdnp1bzhOQlRkUT09

Meeting ID: 635 646 6745
Passcode: 7SkfxX

Thanks,
Alex
<Atlantic Dominion Distributors Checks.docx>
<DOCUMENTS FROM CIGS UNLIMITED SW.pdf>