**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF NEW YORK<br><br>       Plaintiff,<br> v.<br><br>OLD DOMINION TOBACCO COMPANY, INCORPORATED d/b/a ATLANTIC DOMINION DISTRIBUTORS,<br><br>       Defendant. | Case No. 1:20-cv-05965<br><br>**AFFIRMATION OF MARY GRACE W. METCALFE IN SUPPORT OF DEFENDANT'S MOTION REGARDING THE INSUFFICIENCY OF PLAINTIFF'S PRIVILEGE LOG AND TO COMPEL PRODUCTION** |

   I, Mary Grace W. Metcalfe, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following to be true under the penalties of perjury.

   1. I am associated with the law firm Troutman Pepper Hamilton Sanders LLP, attorneys for Defendant Old Dominion Tobacco Company, Inc. d/b/a Atlantic Dominion Distributors ("Atlantic Dominion") in this matter.

   2. I submit this affirmation in further support of Atlantic Dominion's motion regarding the insufficiencies of the privilege log circulated by Plaintiff the City of New York and to compel production.

   3. Attached hereto as Exhibit A is a true and correct copy of the privilege log the City circulated on February 17, 2023, which was the second privilege log circulated by the City in this case (the "Second Privilege Log").

   4. During the conference before this Court on June 7, the City indicated that it did not intend to update its privilege log any further.

5. Attached hereto as Exhibit B is a true and correct copy of a revised privilege log provided by the City on June 14, 2023 (the "Third Privilege Log").

6. On June 15, the City produced 25 documents which had been listed on the Second Privilege Log but over which the City was no longer asserting privilege.

7. The Third Privilege Log contains 170 entries. The descriptions for the following 95 entries identify the withheld document as "Communication (email chain)" without identifying how many emails are within the chain, the dates they were sent, the various senders or recipients, or whether the individual emails contained any attachments:

1) DMNL00241_000006131
2) DMNL00241_000006133
3) DMNL00241_000006147
4) DMNL00241_000006151
5) DMNL00241_000006156
6) DMNL00241_000006160
7) DMNL00241_000006166
8) DMNL00241_000006176
9) DMNL00241_000006183
10) DMNL00241_000006252
11) DMNL00241_000006255
12) DMNL00241_000006277
13) DMNL00241_000006309
14) DMNL00241_000006311
15) DMNL00241_000006314
16) DMNL00241_000006318
17) DMNL00241_000006347
18) DMNL00241_000006376
19) DMNL00241_000006378
20) DMNL00241_000006391
21) DMNL00241_000010028
22) DMNL00241_000010121
23) DMNL00241_000010204
24) DMNL00241_000010242
25) DMNL00241_000010266
26) DMNL00241_000010305
27) DMNL00241_000012366
28) DMNL00241_000012417
29) DMNL00241_000012702
30) DMNL00241_000012735
31) DMNL00241_000012820
32) DMNL00241_000012879
33) DMNL00241_000012896
34) DMNL00241_000012897
35) DMNL00241_000012900
36) DMNL00241_000013144
37) DMNL00241_000013191
38) DMNL00241_000013208
39) DMNL00241_000013220
40) DMNL00241_000013225
41) DMNL00241_000013289
42) DMNL00241_000013321
43) DMNL00241_000013325
44) DMNL00241_000013336
45) DMNL00241_000013458
46) DMNL00241_000013471
47) DMNL00241_000013480
48) DMNL00241_000013496
49) DMNL00241_000013540
50) DMNL00241_000013572
51) DMNL00241_000013578
52) DMNL00241_000013587
53) DMNL00241_000013770
54) DMNL00241_000013798
55) DMNL00241_000013816
56) DMNL00241_000013823
57) DMNL00241_000013833
58) DMNL00241_000013840
59) DMNL00241_000013845
60) DMNL00241_000013847
61) DMNL00241_000013850
62) DMNL00241_000013853
63) DMNL00241_000013858

| | | |
|---|---|---|
| 64) DMNL00241_000013859 | 75) DMNL00241_000013924 | 86) DMNL00241_000014199 |
| 65) DMNL00241_000013861 | 76) DMNL00241_000013927 | 87) DMNL00241_000014204 |
| 66) DMNL00241_000013867 | 77) DMNL00241_000013938 | 88) DMNL00241_000014205 |
| 67) DMNL00241_000013868 | 78) DMNL00241_000013951 | 89) DMNL00241_000014232 |
| 68) DMNL00241_000013875 | 79) DMNL00241_000013952 | 90) DMNL00241_000014237 |
| 69) DMNL00241_000013890 | 80) DMNL00241_000013963 | 91) DMNL00241_000014275 |
| 70) DMNL00241_000013891 | 81) DMNL00241_000013965 | 92) DMNL00241_000014311 |
| 71) DMNL00241_000013906 | 82) DMNL00241_000013974 | 93) DMNL00241_000014312 |
| 72) DMNL00241_000013915 | 83) DMNL00241_000014160 | 94) DMNL00241_000014317 |
| 73) DMNL00241_000013917 | 84) DMNL00241_000014161 | 95) DMNL00241_000014323 |
| 74) DMNL00241_000013923 | 85) DMNL00241_000014192 | |

A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit C.

8. Each of the descriptions for the above listed entries either begins with, or contains in its entirety, some version of the following:

> Communication (email chain) regarding this litigation (related to factual investigation of FreeCo) between Plaintiff's counsel and Frank Brostrom, an investigator engaged by Plaintiff to perform investigative tasks in connection with this and other litigation.

9. This language was similarly used in the Second Privilege Log to describe entries DMNL00241_000014321 and DMNL00241_000013497, which were produced on June 15 as NYC_0012552 and NYC_0012543. Copies of NYC_0012552 and NYC_0012543, redacted to obscure the passwords listed therein, are attached hereto as Exhibit D. This language was also used previously used in the Second Privilege Log to describe entry DMNL00241_000006389, which was produced on June 15 as NYC_0012531 and is attached hereto as Exhibit E.

10. The production on June 15 also included a slipsheet reading "DOCUMENT WITHHELD FOR PRIVILEGE," bearing the Bates stamp NYC_0012545. This document appears to have had two attachments, one of which was produced and the other of which has been

replaced with a slip sheet reading "NON-RESPONSIVE DOCUMENT" and bearing the Bates stamp NYC_0012550. Both are attached hereto as Exhibit F.

11. The City appears to have similarly split other "families" of documents by producing some documents within a family while withholding others both as privileged and as nonresponsive. This can be seen in case of the email NYC_0009266, which has a total of 37 attachments, including attachments within attached emails. The first attachment – NYC_0009267 – has been withheld as privileged while attachments 16 through 37 – NYC_0009289 through NYC_0009310 – have been withheld as nonresponsive. Each of the aforementioned Bates stamped documents are attached hereto as Exhibit G.

12. The Third Privilege Log identifies the following 10 emails and email chains between Plaintiff and Vincent Lesnak as being withheld as attorney work product:

1) DMNL00241_000006151
2) DMNL00241_000006159
3) DMNL00241_000006163
4) DMNL00241_000006183
5) DMNL00241_000006391
6) DMNL00241_000010315
7) DMNL00241_000012820
8) DMNL00241_000012879
9) DMNL00241_000013304
10) DMNL00241_000013986

A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit H.

13. The Third Privilege Log identifies the following 13 emails and email chains between Plaintiff and both Vincent Lesnak and Tom Lesnak as being withheld as attorney work product:

1) DMNL00241_000006252
2) DMNL00241_000006255
3) DMNL00241_000010199
4) DMNL00241_000010204
5) DMNL00241_000010294
6) DMNL00241_000010305
7) DMNL00241_000012366
8) DMNL00241_000012465
9) DMNL00241_000012702
10) DMNL00241_000013458
11) DMNL00241_000013471
12) DMNL00241_000013587
13) DMNL00241_000013858
14) DMNL00241_000013859
15) DMNL00241_000013861

A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit I.

14. The Third Privilege Log identifies the following 103 emails and email chains between Plaintiff and Frank Brostrom as being withheld as attorney work product:

| | | |
|---|---|---|
| 1) DMNL00241_000006131 | 30) DMNL00241_000012896 | 59) DMNL00241_000013868 |
| 2) DMNL00241_000006133 | 31) DMNL00241_000012897 | 60) DMNL00241_000013875 |
| 3) DMNL00241_000006147 | 32) DMNL00241_000012899 | 61) DMNL00241_000013890 |
| 4) DMNL00241_000006156 | 33) DMNL00241_000012900 | 62) DMNL00241_000013891 |
| 5) DMNL00241_000006160 | 34) DMNL00241_000013144 | 63) DMNL00241_000013906 |
| 6) DMNL00241_000006166 | 35) DMNL00241_000013191 | 64) DMNL00241_000013915 |
| 7) DMNL00241_000006176 | 36) DMNL00241_000013208 | 65) DMNL00241_000013917 |
| 8) DMNL00241_000006187 | 37) DMNL00241_000013220 | 66) DMNL00241_000013922 |
| 9) DMNL00241_000006277 | 38) DMNL00241_000013225 | 67) DMNL00241_000013923 |
| 10) DMNL00241_000006309 | 39) DMNL00241_000013289 | 68) DMNL00241_000013924 |
| 11) DMNL00241_000006311 | 40) DMNL00241_000013321 | 69) DMNL00241_000013927 |
| 12) DMNL00241_000006314 | 41) DMNL00241_000013325 | 70) DMNL00241_000013938 |
| 13) DMNL00241_000006316 | 42) DMNL00241_000013336 | 71) DMNL00241_000013949 |
| 14) DMNL00241_000006318 | 43) DMNL00241_000013480 | 72) DMNL00241_000013951 |
| 15) DMNL00241_000006343 | 44) DMNL00241_000013496 | 73) DMNL00241_000013952 |
| 16) DMNL00241_000006347 | 45) DMNL00241_000013540 | 74) DMNL00241_000013955 |
| 17) DMNL00241_000006349 | 46) DMNL00241_000013572 | 75) DMNL00241_000013958 |
| 18) DMNL00241_000006376 | 47) DMNL00241_000013578 | 76) DMNL00241_000013963 |
| 19) DMNL00241_000006378 | 48) DMNL00241_000013770 | 77) DMNL00241_000013965 |
| 20) DMNL00241_000010028 | 49) DMNL00241_000013798 | 78) DMNL00241_000013970 |
| 21) DMNL00241_000010121 | 50) DMNL00241_000013816 | 79) DMNL00241_000013974 |
| 22) DMNL00241_000010242 | 51) DMNL00241_000013823 | 80) DMNL00241_000014160 |
| 23) DMNL00241_000010266 | 52) DMNL00241_000013833 | 81) DMNL00241_000014161 |
| 24) DMNL00241_000010361 | 53) DMNL00241_000013840 | 82) DMNL00241_000014166 |
| 25) DMNL00241_000010363 | 54) DMNL00241_000013845 | 83) DMNL00241_000014190 |
| 26) DMNL00241_000012417 | 55) DMNL00241_000013847 | 84) DMNL00241_000014192 |
| 27) DMNL00241_000012485 | 56) DMNL00241_000013850 | 85) DMNL00241_000014194 |
| 28) DMNL00241_000012487 | 57) DMNL00241_000013853 | 86) DMNL00241_000014196 |
| 29) DMNL00241_000012735 | 58) DMNL00241_000013867 | 87) DMNL00241_000014199 |

| | | |
|---|---|---|
| 88) DMNL00241_000014200 | 94) DMNL00241_000014226 | 100) DMNL00241_000014311 |
| 89) DMNL00241_000014202 | 95) DMNL00241_000014232 | 101) DMNL00241_000014312 |
| 90) DMNL00241_000014204 | 96) DMNL00241_000014236 | 102) DMNL00241_000014317 |
| 91) DMNL00241_000014205 | 97) DMNL00241_000014237 | 103) DMNL00241_000014323 |
| 92) DMNL00241_000014208 | 98) DMNL00241_000014275 | |
| 93) DMNL00241_000014224 | 99) DMNL00241_000014309 | |

A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit J.

15. The Third Privilege Log identifies the following eight email chains with Frank Brostrom as including "discussion of Plaintiff's counsel's communications with Sebastian Kielmanovich, a federal law enforcement official, regarding a criminal investigation in North Carolina. Those communications were in furtherance of the common interest in the prosecution of cigarette trafficking shared by federal law enforcement and Plaintiff."

| | | |
|---|---|---|
| 1) DMNL00241_000006147 | 4) DMNL00241_000006166 | 7) DMNL00241_000006376 |
| 2) DMNL00241_000006160 | 5) DMNL00241_000006183 | 8) DMNL00241_000006378 |
| 3) DMNL00241_000006156 | 6) DMNL00241_000012899 | |

16. On June 16, counsel for Atlantic Dominion and counsel for the City met and conferred by telephone. During the meet and confer, counsel for the City confirmed that Thomas Lesnak had no agreement or contract with the City and was not being compensated by the City.

17. During the meet and confer, counsel for the City additionally represented that –with the exception of the interviews with John Lash, Stephen Riley, Justin Freeman, and Thomas Guglielmo discussed during the same call – the City had not conducted any interviews concerning Atlantic Dominion either directly or indirectly.

18. Attached hereto as Exhibit K is a true and correct copy of the email the City produced as NYC_0008441.

19. The Third Privilege Log lists the following 18 documents authored by Frank Brostrom as withheld as attorney work product with the following description

6

Investigative report (related to factual investigation of Atlantic Dominion, FreeCo) drafted for purposes of this litigation by Frank Brostrom, an investigator hired by Plaintiff to perform investigative tasks in connection with this and other litigation.

| | | | | | |
|---|---|---|---|---|---|
| 1) | DMNL00241_000006278 | 7) | DMNL00241_000006350 | 13) | DMNL00241_000012488 |
| 2) | DMNL00241_000006315 | 8) | DMNL00241_000006351 | 14) | DMNL00241_000012489 |
| 3) | DMNL00241_000006317 | 9) | DMNL00241_000010362 | 15) | DMNL00241_000014167 |
| 4) | DMNL00241_000006319 | 10) | DMNL00241_000010364 | 16) | DMNL00241_000014201 |
| 5) | DMNL00241_000006344 | 11) | DMNL00241_000010365 | 17) | DMNL00241_000014225 |
| 6) | DMNL00241_000006348 | 12) | DMNL00241_000012486 | 18) | DMNL00241_000014227 |

A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit L.

20.     Attached hereto as Exhibit M is a full list of each of the entries within the Third Privilege Log that are at issue in the motion.

21.     A copy of the Third Privilege Log with these entries highlighted is attached hereto as Exhibit N.

Dated: New York, New York
       July 7, 2023

> TROUTMAN PEPPER
> HAMILTON SANDERS LLP
>
> By:  *s/ Mary Grace W. Metcalfe*
>      Mary Grace W. Metcalfe
>      875 Third Avenue
>      New York, NY 10022
>      Phone:  (212) 704-6000
>      marygrace.metcalfe@troutman.com
>      *Attorneys for Defendant*