# EXHIBIT D

| | |
|---|---|
| **From:** | Frank Brostrom [frank.brostrom@gmail.com] |
| **Sent:** | 11/23/2021 10:34:24 AM |
| **To:** | Proshansky, Eric (Law) [eproshan@law.nyc.gov] |
| **CC:** | Lu, Hope (Law) [hlu@law.nyc.gov] |
| **Subject:** | Re: [EXTERNAL] Email |

It's day to day with him!  LOL

Frank R Brostrom
Cape Fear Investigative Services, Inc.
Wilmington Skyhawks Services, LLC
Corporate Private Investigations
(910)580-9097


On Nov 23, 2021, at 9:53 AM, Proshansky, Eric (Law) <eproshan@law.nyc.gov> wrote:


excellent. you hit a homer with this one

Eric Proshansky
Deputy Chief, Affirmative Litigation
(Office) (212) 356-2032
(Cell) (917) 913-8523

---

**From:** Frank Brostrom <frank.brostrom@gmail.com>
**Sent:** Tuesday, November 23, 2021 9:50:37 AM
**To:** Proshansky, Eric (Law) <eproshan@law.nyc.gov>; Lu, Hope (Law) <hlu@law.nyc.gov>
**Subject:** [EXTERNAL] Email

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

This is the Company email and Password

Freecoinc@live.com
PW: ████████

Personal email is :

justinfreeman@live.com
PW: ██████

Frank R Brostrom
Cape Fear Investigative Services, Inc.
Wilmington Skyhawks Services, LLC
Corporate Private Investigations
(910)580-9097

| | |
|---|---|
| **From:** | Proshansky, Eric (Law) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=67422df4e9934c3b8884f3506eaf22d7-Proshansky,] |
| **Sent:** | 11/23/2021 9:53:24 AM |
| **To:** | Frank Brostrom [frank.brostrom@gmail.com]; Lu, Hope (Law) [hlu@law.nyc.gov] |
| **Subject:** | Re: [EXTERNAL] Email |

excellent. you hit a homer with this one

Eric Proshansky
Deputy Chief, Affirmative Litigation
(Office) (212) 356-2032
(Cell) (917) 913-8523

---

**From:** Frank Brostrom <frank.brostrom@gmail.com>
**Sent:** Tuesday, November 23, 2021 9:50:37 AM
**To:** Proshansky, Eric (Law) <eproshan@law.nyc.gov>; Lu, Hope (Law) <hlu@law.nyc.gov>
**Subject:** [EXTERNAL] Email

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.  Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

This is the Company email and Password

Freecoinc@live.com
PW: ▬▬▬▬▬▬

Personal email is :

justinfreeman@live.com
PW: ▬▬▬▬

Frank R Brostrom
Cape Fear Investigative Services, Inc.
Wilmington Skyhawks Services, LLC
Corporate Private Investigations
(910)580-9097