# EXHIBIT E

| | |
|---|---|
| **From**: | Lu, Hope (Law) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BA1D3A584F28470DA8BA416A34CE1487-LU, HOPE] |
| **Sent**: | 4/6/2021 6:28:34 PM |
| **To**: | 'Frank Brostrom' [frank.brostrom@gmail.com]; Proshansky, Eric (Law) [eproshan@law.nyc.gov] |
| **Subject**: | RE: Justin Freeman |

OK for me too, and I'm available to talk before the interview.

---

**From:** Frank Brostrom [mailto:frank.brostrom@gmail.com]
**Sent:** Tuesday, April 06, 2021 6:25 PM
**To:** Proshansky, Eric (Law)
**Cc:** Lu, Hope (Law)
**Subject:** Re: Justin Freeman

Yes I will be there and I read the emails.  Do y'all want to talk before the interview?

Frank R Brostrom
Cape Fear Investigative Services, Inc.
Wilmington Skyhawks Services, LLC
Corporate Private Investigations
(910)580-9097


On Apr 6, 2021, at 10:19 AM, Proshansky, Eric (Law) <eproshan@law.nyc.gov> wrote:


I have a Zoom interview scheduled with Justin Freeman for next Monday at 3 pm if that works for you both.

Eric Proshansky
Deputy Chief, Division of Affirmative Litigation
New York City Law Department
100 Church Street Rm 20-99
New York, NY 10007
(917) 913-8523