# EXHIBIT F

**DOCUMENT WITHHELD FOR PRIVILEGE**

NYC_0012545

NON-RESPONSIVE DOCUMENT

NYC_0012550