# EXHIBIT G

**From**: Proshansky, Eric (Law) [proshansky, eric (law)]
**Sent**: 3/5/2021 11:10:17 AM
**To**: 'Kielmanovich, Sebastian (USANCE)' [Sebastian.Kielmanovich@usdoj.gov]
**Subject**: atlantic
**Attachments**: Justic Freeman Summary.msg.msg; Atlantic Dominion Case.msg.msg; Fwd_.msg.msg; Fwd_.msg.msg; Atlantic Dominion.msg.msg; Atlantic Dominion.msg.msg; 23 to 27.msg.msg; _msg; email #2.msg.msg


Eric Proshansky
Deputy Chief, Division of Affirmative Litigation
New York City Law Department
100 Church Street Rm 20-99
New York, NY 10007
(917) 913-8523

**DOCUMENT WITHHELD FOR PRIVILEGE**

NYC_0009267

**NON-RESPONSIVE DOCUMENT**

NYC_0009289

**NON-RESPONSIVE DOCUMENT**

NYC_0009290

**NON-RESPONSIVE DOCUMENT**

NYC_0009291

**NON-RESPONSIVE DOCUMENT**

NYC_0009292

**NON-RESPONSIVE DOCUMENT**

NYC_0009293

**NON-RESPONSIVE DOCUMENT**

NYC_0009294

**NON-RESPONSIVE DOCUMENT**

NYC_0009295

**NON-RESPONSIVE DOCUMENT**

NYC_0009296

**NON-RESPONSIVE DOCUMENT**

NYC_0009297

**NON-RESPONSIVE DOCUMENT**

NYC_0009298

**NON-RESPONSIVE DOCUMENT**

NYC_0009299

**NON-RESPONSIVE DOCUMENT**

NYC_0009300

**NON-RESPONSIVE DOCUMENT**

NYC_0009301

**NON-RESPONSIVE DOCUMENT**

NYC_0009302

**NON-RESPONSIVE DOCUMENT**

NYC_0009303

**NON-RESPONSIVE DOCUMENT**

NYC_0009304

**NON-RESPONSIVE DOCUMENT**

NYC_0009305

**NON-RESPONSIVE DOCUMENT**

NYC_0009306

**NON-RESPONSIVE DOCUMENT**

NYC_0009307

**NON-RESPONSIVE DOCUMENT**

NYC_0009308

**NON-RESPONSIVE DOCUMENT**

NYC_0009309

**NON-RESPONSIVE DOCUMENT**

NYC_0009310