# EXHIBIT K

**From:** Vin Lesnak [vl.tpigroup@rocketmail.com]
**Sent:** 8/14/2020 12:59:13 PM
**To:** Proshansky, Eric (Law) [eproshan@law.nyc.gov]
**Subject:** AD FINANCIALS
**Attachments:** AD FINANCIALS.docx

I am going to have my Wall Street guy give his impression of this company...I hope he does impressions!

Vincent J. Lesnak

NYC_0008441