# EXHIBIT M

## List of Entries at Issue in the Third Privilege Log

1) DMNL00241_000006131
2) DMNL00241_000006133
3) DMNL00241_000006147
4) DMNL00241_000006151
5) DMNL00241_000006156
6) DMNL00241_000006159
7) DMNL00241_000006160
8) DMNL00241_000006163
9) DMNL00241_000006166
10) DMNL00241_000006176
11) DMNL00241_000006183
12) DMNL00241_000006187
13) DMNL00241_000006252
14) DMNL00241_000006255
15) DMNL00241_000006277
16) DMNL00241_000006278
17) DMNL00241_000006309
18) DMNL00241_000006311
19) DMNL00241_000006314
20) DMNL00241_000006315
21) DMNL00241_000006316
22) DMNL00241_000006317
23) DMNL00241_000006318
24) DMNL00241_000006319
25) DMNL00241_000006343
26) DMNL00241_000006344
27) DMNL00241_000006347
28) DMNL00241_000006348
29) DMNL00241_000006349
30) DMNL00241_000006350
31) DMNL00241_000006351
32) DMNL00241_000006376
33) DMNL00241_000006378
34) DMNL00241_000006391
35) DMNL00241_000010028
36) DMNL00241_000010121
37) DMNL00241_000010199
38) DMNL00241_000010204
39) DMNL00241_000010242
40) DMNL00241_000010266
41) DMNL00241_000010294
42) DMNL00241_000010305
43) DMNL00241_000010315
44) DMNL00241_000010361
45) DMNL00241_000010362
46) DMNL00241_000010363
47) DMNL00241_000010364
48) DMNL00241_000010365
49) DMNL00241_000012366
50) DMNL00241_000012417
51) DMNL00241_000012465
52) DMNL00241_000012485
53) DMNL00241_000012486
54) DMNL00241_000012487
55) DMNL00241_000012488
56) DMNL00241_000012489
57) DMNL00241_000012702
58) DMNL00241_000012735
59) DMNL00241_000012820
60) DMNL00241_000012879
61) DMNL00241_000012896
62) DMNL00241_000012897
63) DMNL00241_000012899
64) DMNL00241_000012900
65) DMNL00241_000013144
66) DMNL00241_000013191
67) DMNL00241_000013208
68) DMNL00241_000013220
69) DMNL00241_000013225
70) DMNL00241_000013289
71) DMNL00241_000013304
72) DMNL00241_000013321
73) DMNL00241_000013325
74) DMNL00241_000013336
75) DMNL00241_000013458
76) DMNL00241_000013471
77) DMNL00241_000013480
78) DMNL00241_000013496
79) DMNL00241_000013540
80) DMNL00241_000013572
81) DMNL00241_000013578
82) DMNL00241_000013587
83) DMNL00241_000013770
84) DMNL00241_000013798
85) DMNL00241_000013816
86) DMNL00241_000013823
87) DMNL00241_000013833
88) DMNL00241_000013840
89) DMNL00241_000013845
90) DMNL00241_000013847
91) DMNL00241_000013850
92) DMNL00241_000013853
93) DMNL00241_000013858
94) DMNL00241_000013859
95) DMNL00241_000013861
96) DMNL00241_000013867
97) DMNL00241_000013868
98) DMNL00241_000013875
99) DMNL00241_000013890
100) DMNL00241_000013891
101) DMNL00241_000013906
102) DMNL00241_000013915
103) DMNL00241_000013917
104) DMNL00241_000013922
105) DMNL00241_000013923
106) DMNL00241_000013924
107) DMNL00241_000013927
108) DMNL00241_000013929
109) DMNL00241_000013938
110) DMNL00241_000013949
111) DMNL00241_000013951
112) DMNL00241_000013952
113) DMNL00241_000013955
114) DMNL00241_000013958
115) DMNL00241_000013963
116) DMNL00241_000013965
117) DMNL00241_000013970
118) DMNL00241_000013974
119) DMNL00241_000013986
120) DMNL00241_000014160
121) DMNL00241_000014161
122) DMNL00241_000014166
123) DMNL00241_000014167
124) DMNL00241_000014190
125) DMNL00241_000014192
126) DMNL00241_000014194
127) DMNL00241_000014196
128) DMNL00241_000014199
129) DMNL00241_000014200
130) DMNL00241_000014201
131) DMNL00241_000014202
132) DMNL00241_000014204
133) DMNL00241_000014205
134) DMNL00241_000014208
135) DMNL00241_000014224
136) DMNL00241_000014225
137) DMNL00241_000014226
138) DMNL00241_000014227
139) DMNL00241_000014232
140) DMNL00241_000014236
141) DMNL00241_000014237
142) DMNL00241_000014275
143) DMNL00241_000014309
144) DMNL00241_000014311
145) DMNL00241_000014312
146) DMNL00241_000014317
147) DMNL00241_000014323