

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Eric Proshansky<br>Assistant Corporation Counsel<br>phone: (212) 356-2032<br>Email: eproshan@law.nyc.gov |

September 4th, 2023

*Via ECF*
Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *The City of New York v. Old Dominion Tobacco Company, Inc.*
20 Civ. 5965 (ENV-RER) (E.D.N.Y.)

Dear Judge Reyes:

With apologies in advance for the short notice, the City respectfully requests an adjournment of the upcoming September 7th conference in the captioned matter to September 14th, 2023, or such other date convenient to the Court and counsel. I believe that my attendance at the conference would be useful in clarifying certain matters but am out-of-town for the remainder of the present week. I have attempted to contact defendants' counsel but no doubt because of the holiday weekend have been unable to determine if they consent to this request.

Respectfully submitted,

_____/s/_____
Eric Proshansky

cc: All counsel of record (via ECF)