Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

troutman.com



**Mary Grace W. Metcalfe**
marygrace.metcalfe@troutman.com

September 5, 2023

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *City of New York v. Old Dominion Tobacco Company, Inc* (Case No. 2:20-cv-05965)

Dear Judge Reyes:

I am writing on behalf of defendant Atlantic Dominion with regard to today's order rescheduling the conference in the above captioned matter for September 14 at 10:30 a.m. (As noted this morning, Mr. Schick is out of the country today.)

I have a prior work engagement out-of-state on September 14 that conflicts with the conference as rescheduled. Both Mr. Schick and I are available the following week on September 20 and 21. We therefore respectfully request that the conference be rescheduled for either of those days.

Respectfully submitted,

Mary Grace W. Metcalfe

cc. all counsel (via ECF)