Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Avi Schick**
avi.schick@troutman.com

October 5, 2023

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *City of New York v. Old Dominion Tobacco Company, Inc* (Case No. 2:20-cv-05965)

Dear Judge Reyes:

Together with counsel for the City, we write pursuant to your Order dated September 21, 2023.  The parties have discussed the possibility of settlement and agree that it would make sense to proceed with a settlement conference.  We therefore respectfully request that a settlement conference be scheduled with Your Honor as contemplated during our appearance before Your Honor last month.

We thank Your Honor for your ongoing attention in this matter.

Respectfully submitted,

Avi Schick