| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 Church Street<br>New York, NY 10007 | **Eric Proshansky**<br>Phone: (212) 356-2032<br>Email: eproshan@law.nyc.gov |

January 12, 2024

*Via ECF*
Hon. Ramon E. Reyes, Jr.
United States District Court for the
    Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *The City of New York v. Old Dominion Tobacco Company, Inc.*
           20 Civ. 5965 (ENV-RER) (E.D.N.Y.)

Dear Judge Reyes:

      Following the October 19, 2023 settlement conference, the parties are continuing to work towards a settlement. The parties have interviewed proposed monitors and expect to agree upon a selection shortly and then work out the remaining terms. The City is also preparing a submission to seek Comptroller approval. We thank the Court for its ongoing attention to these issues and will continue to update the Court with any developments. We propose that the parties submit an updated status report in 3 weeks, or on Friday, February 2, 2024.

                                                                 Respectfully submitted,

                                                                 */s/ Eric Proshansky*
                                                                 Eric Proshansky
                                                                 Aatif Iqbal