# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramon E. Reyes, Jr.**   **Telephone Conference**

**Date:** 1/22/2024   **Docket Number:** 20-CV-5965

**Case Title:** *The City of New York v. Old Dominion Tobacco Company*

**Court Reporter/ESR Operator** N/A   **Time in Court:** 10 minutes

**Law Clerk:** AH   **FTR Log:** #Not Recorded

**Plaintiff(s)/Petitioner represented by:** Eric Proshansky, Aatif Iqbal

**Defendant(s)/Respondent represented by:** Avi David Schick, Mary Grace White Metcalfe

**Type of Hearing Held:** Telephone Conference

**Pending Motion(s):** N/A

**TEXT:**

MINUTE ENTRY for Telephone Conference held on 1/22/2024 before District Judge Ramon E. Reyes, Jr.: Plaintiff represented by Eric Proshansky and Aatif Iqbal. Defendant represented by Avi David Schick and Mary Grace White Metcalfe. Discussions held off the record. Status report due by **2/09/2024**. (FTR Log #Not Recorded.)