| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 Church Street<br>New York, NY 10007 | **Eric Proshansky**<br>Phone: (212) 356-2032<br>Email: eproshan@law.nyc.gov |
|---|---|---|

February 9, 2024

*Via ECF*
Hon. Ramon E. Reyes, Jr.
United States District Court for the
   Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *The City of New York v. Old Dominion Tobacco Company, Inc.*
        20 Civ. 5965 (ENV-RER) (E.D.N.Y.)

Dear Judge Reyes:

   Following the October 19, 2023 settlement conference and the January 22, 2024 telephone conference, the parties are continuing to work towards a settlement. The City has sought Comptroller approval and is awaiting Defendant's response to the City's draft consent order. (The Comptroller's Office is actively reviewing the matter, but cannot grant approval until the parties reach agreement on a proposed consent order.)

   We thank the Court for its ongoing attention to these issues and will continue to update the Court with any developments. We propose that the parties submit an updated status report in 3 weeks, or on Friday, March 1, 2024.

                                             Respectfully submitted,

                                             */s/ Eric Proshansky*
                                             Eric Proshansky
                                             Aatif Iqbal