Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Avi Schick**
avi.schick@troutman.com

February 16, 2024

**VIA ECF**

Hon. Ramon E. Reyes, Jr.
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:**  *City of New York v. Old Dominion Tobacco Company, Inc* **(Case No. 2:20-cv-05965)**

Dear Judge Reyes:

We represent Old Dominion Tobacco Company, Inc ("Atlantic Dominion") in the above captioned matter.  We write to respectfully request that the telephone conference currently set for February 28 at 11:00am be rescheduled.

Counsel for Atlantic Dominion has a previously scheduled hearing set to begin at 10:00am on February 28 in another matter.  We have communicated with counsel for the City, who has confirmed that they do not object to rescheduling the telephonic conference in this matter.  Per the instructions from Your Honor's chambers, counsel have conferred and confirmed that they are available on the following days and times:

March 7, after 11:30 am.

March 11

March 13, after noon

March 14

We thank Your Honor for your ongoing attention in this matter and look forward to the telephone conference.

Respectfully submitted,

Avi Schick