| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 Church Street<br>New York, NY 10007 | **Eric Proshansky**<br>Phone: (212) 356-2032<br>Email: eproshan@law.nyc.gov |

March 1, 2024

*Via ECF*
Hon. Ramon E. Reyes, Jr.
United States District Court for the
 Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *The City of New York v. Old Dominion Tobacco Company, Inc.*
          20 Civ. 5965 (ENV-RER) (E.D.N.Y.)

Dear Judge Reyes:

    Following the October 19, 2023 settlement conference and the January 22, 2024 telephone conference, the parties are continuing to work towards a settlement. The parties have exchanged drafts of the consent order and expect to reach agreement shortly.

    We thank the Court for its ongoing attention to these issues and will continue to update the Court with any developments.

                                        Respectfully submitted,

                                        */s/ Eric Proshansky*
                                        Eric Proshansky
                                        Aatif Iqbal