# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 4/12/2024                  **Time in Court:** 5 minutes

**Docket Number:** 20-CV-5965

**Case Title:** *The City of New York v. Old Dominion Tobacco Company*

**Court Reporter** N/A                  **FTR Log:** Not Recorded

**Law Clerk:** AH

**Plaintiff(s)/Petitioner represented by:** Eric Proshansky, Aatif Iqbal

**Defendant(s)/Respondent represented by:** Mary Grace White Metcalfe

**Type of Hearing Held:** Telephone Conference

**Pending Motion(s):** N/A

**TEXT:**

Discussions held off the record. Telephone conference scheduled for 5/15/2024 at 11:00am. Parties shall join by phone using dial in 1 646 828 7666 US, Meeting ID: 160 3343 2842, Passcode: 297706.