# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 5/15/2024                  **Time in Court:** 5 minutes

**Docket Number:** 20-CV-5965

**Case Title:** *The City of New York v. Old Dominion Tobacco Company*

**Court Reporter** N/A               **FTR Log:** RER Webex Audio

**Law Clerk:** AH

**Plaintiff(s)/Petitioner represented by:** Eric Proshansky, Aatif Iqbal

**Defendant(s)/Respondent represented by:** Avi David Schick, Mary Grace White Metcalfe

**Type of Hearing Held:** Telephone Settlement Conference

**Pending Motion(s):** N/A

**TEXT:**

Discussions held on the record. Parties are to submit a status report or a proposed consent decree to Judge Choudhury by 5/22/2024. Contact the E.S.R., Dept. at (718) 613-2590 to order the transcript.