UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                                      Plaintiff,              Civil Action No. 20-cv-5965

              -against-

OLD DOMINION TOBACCO COMPANY,
INCORPORATED d/b/a ATLANTIC DOMINION
DISTRIBUTORS,

                                   Defendant.

------------------------------------------------------------------------ x

## [PROPOSED] ORDER TERMINATING CONSENT ORDER

      **WHEREAS**, on or about December 8, 2020, the City of New York (the "City")
commenced the above-captioned action (the "Action") against the Old Dominion Tobacco
Company, Inc. d/b/a Atlantic Dominion ("Atlantic Dominion");

      **WHEREAS**, Atlantic Dominion and the City have resolved to settle the Action in
accordance with the terms set forth in the Consent Order (ECF No. 94) entered by the Court on
June 7, 2024;

      **WHEREAS**, the Consent Order required Atlantic Dominion to enter into a Monitorship
Contract to monitor Atlantic Dominion's compliance with the Contraband Cigarette Trafficking
Act, 18 U.S.C. § 2341 *et seq.*; and

      **WHEREAS**, Atlantic Dominion has ceased all operations relating to the cigarette business,
possesses no inventory or desire to operate such a business in the future, and will possess neither
the real nor personal property to operate any such business;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their counsel, that the Consent Order and all related obligations between the City and Atlantic Dominion are hereby terminated.

Dated: December 16, 2025
New York, New York

> **MURIEL GOODE-TRUFANT**
> Corporation Counsel of the
> City of New York
> *Attorneys for Plaintiff*
>
> By: _____
> Aatif Iqbal
> Eric Proshansky
> Assistant Corporation Counsels
> 100 Church Street
> New York, New York 10007
> (212) 356-2294
>
>
> TROUTMAN PEPPER LOCKE LLP
> *Attorney for Defendant*
>
> By: _____
> Mary Grace W. Metcalfe
> 870 Third Ave
> New York, NY 10022
> (212) 704-6000

**THE FOREGOING IS HEREBY APPROVED. IT IS SO ORDERED:**

_____
NUSRAT J. CHOUDHURY
United States District Judge

2