UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

THE CITY OF NEW YORK,

                                                    Plaintiff,          Civil Action No. 20-cv-5965

                          -against-

OLD DOMINION TOBACCO COMPANY,
INCORPORATED d/b/a ATLANTIC DOMINION
DISTRIBUTORS,

                                             Defendant.

-------------------------------------------------------------------- x

## [PROPOSED] ORDER TERMINATING CONSENT ORDER

**WHEREAS**, on or about December 8, 2020, the City of New York (the "City") commenced the above-captioned action (the "Action") against the Old Dominion Tobacco Company, Inc. d/b/a Atlantic Dominion ("Atlantic Dominion");

**WHEREAS**, Atlantic Dominion and the City have resolved to settle the Action in accordance with the terms set forth in the Consent Order (ECF No. 94) entered by the Court on June 7, 2024;

**WHEREAS**, the Consent Order required Atlantic Dominion to enter into a Monitorship Contract to monitor Atlantic Dominion's compliance with the Contraband Cigarette Trafficking Act, 18 U.S.C. § 2341 *et seq.*; and

**WHEREAS**, Atlantic Dominion has ceased all operations relating to the cigarette business, possesses no inventory or desire to operate such a business in the future, and will possess neither the real nor personal property to operate any such business;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel, that the Consent Order and all related obligations between the City and Atlantic Dominion are hereby terminated.

Dated: December 16, 2025
New York, New York

        MURIEL GOODE-TRUFANT
        Corporation Counsel of the
        City of New York
        *Attorneys for Plaintiff*

By: _____
        Aatif Iqbal
        Eric Proshansky
        Assistant Corporation Counsels
        100 Church Street
        New York, New York 10007
        (212) 356-2294

TROUTMAN PEPPER LOCKE LLP
*Attorney for Defendant*

By: _____
        Mary Grace W. Metcalfe
        870 Third Ave
        New York, NY 10022
        (212) 704-6000

THE FOREGOING IS HEREBY APPROVED. IT IS SO ORDERED:

Dated: January 5, 2026        /s/ Nusrat J. Choudhury
        _____
        NUSRAT J. CHOUDHURY
        United States District Judge